1
2
3
4                                   JS-6
5
6
7
8                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11   KIMBERLY GATES,                )  Case No. EDCV 14-0020-KK
                                    )
12                  Plaintiff,      )
                                    )
13            v.                    )  JUDGMENT
                                    )
14   CAROLYN W. COLVIN, Acting      )
     Commissioner of Social Security, )
15                                  )
                   Defendant.       )
16   _____ )
17
18       Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the
19   decision of the Commissioner of the Social Security Administration is
20   REVERSED and this matter is REMANDED for further administrative
21   proceedings consistent with the Court's Memorandum and Order filed
22   contemporaneously with the filing of this Judgment.
23
24
25   Dated:    October 15, 2014
26                                         _____
27                                         Hon. Kenly Kiya Kato
                                           United States Magistrate Judge
28